UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 20, 2005

MEMORANDUM TO COUNSEL RE:   <u>Haynes, et al. v. Porcari, et al.</u>
Civil No. L-99-2263

Dear Counsel:

On April 25, 2005, Akin Gump filed a Motion to Withdraw due to a conflict of interest. Last week, Judge Grimm held a telephone conference to see if there was a way that Akin Gump could continue in the case. Judge Grimm has advised me that the conflict will prevent Akin Gump from representing Mr. Guntner. Accordingly, Akin Gump's Motion to Withdraw [Docket No. 111] is GRANTED.

On or before June 17, 2005, the ACLU of Maryland shall file a status report updating me on their search for co-counsel.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

Benson Everett Legg

c:   Court file